
RECEIVED
IN LAKE CHARLES, LA
MAY 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PHILLIP LYONS** | : | **DOCKET NO. 06-0621** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **CITY OF JENNINGS, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Strike Punitive Damages (doc. #9) is hereby **GRANTED** and the claim for punitive damages is dismissed.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of May, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE